IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CHARLES JOHNSON; and PAMELA    )
JOHNSON    )    No. 3-09-0086
    )
v.    )
    )
FORD MOTOR COMPANY    )

O R D E R

On May 12, 2009, the parties filed a "Notice of Agreed Dismissal" (Docket Entry No. 11).

As a result, the telephone conference call, scheduled by order entered May 11,2009 (Docket

Entry No. 10), on May 22, 2009, is CANCELLED.

In accord with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, no further action

on the part of the Court is required. Therefore, this case is DISMISSED with prejudice and the

Clerk is directed to close this case on the records of the Court.

There will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.


JULIET GRIFFIN
United States Magistrate Judge